GRETA CHAPPELL v.
NEW JERSEY COMMISSIONERS OF EDUCATION.

October 29, 1975. Petition for certification denied. (See 135 *N. J. Super.* 565)

CHEVRON OIL COMPANY v. LEEMILT'S PETROLEUM, INC.

October 29, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY DOVE.

October 29, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ANTONIO NASISI.

October 29, 1975. Petition for certification denied.

DIANE M. BROWN v. GENERAL ELECTRIC CREDIT CORP.

October 29, 1975. Petition for certification denied.

SARA J. KUHNER v.
MARLYN MANOR, INC. AND CHRYSLER CORPORATION.

October 29, 1975. Petition for certification denied. (See 135 *N. J. Super.* 582)